IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ASSOCIATION 4 EQUAL ACCESS, and MARGARET WILSON, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 10 CV 5288 |
| vs. | ) ) | Judge Charles R. Norgle, Sr. |
| EASTERN STYLE PIZZA II, LTD., and FOTIS KOULOURIS, | ) ) ) ) | |
| Defendants. | | |

**PLAINTIFFS' MOTION TO DISMISS**
**THEIR COMPLAINT WITH PREJUDICE**

Plaintiffs, Association 4 Equal Access and Margaret Wilson, in support of their Motion To Dismiss Their Complaint With Prejudice, state as follows:

1. On August 20, 2010, Plaintiffs filed their Complaint in the above-captioned matter alleging Defendants violated Title III of the Americans with Disabilities Act of 1990, 42 U.S.C. 12101 *et seq.*.

2. On September 20, 2010, Defendants filed their *pre se* Answer to Plaintiff's Complaint.

3. The parties have since reached a settlement in this matter that was reduced to a written agreement. All parties have fully performed their duties pursuant to the Agreement.

4. Accordingly, Plaintiffs request that this Honorable Court dismiss their Complaint with prejudice.

5. Defendants advised Plaintiffs' counsel that they have no objection to this Motion.

6. This matter is set for status on May 24, 2011 at 10:00 a.m. Plaintiffs' counsel is unable to appear in court that day due to a scheduling conflict.

WHEREREFORE, Plaintiffs respectfully request that this Honorable Court enter an Order: (1) dismissing their Complaint <u>with</u> prejudice; and (2) striking the matter from Judge Norgle's May 24, 2011 court call.

Dated: May 23, 2011                                             Respectfully submitted,


                                                                                By:___/s/ Julie E. Diemer_____
                                                                                         Attorney for Plaintiffs


Julie E. Diemer
Law Office of Julie E. Diemer, LLC
908 N. Wolcott Ave., Suite 1
Chicago, IL 60622
P (773) 252-1526
F (773) 252-9123
 (773) 252-1526

2