# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Association 4 Equal Access, et al.
                            Plaintiff,

v.                                              Case No.: 1:10−cv−05288
                                                Honorable Charles R. Norgle Sr.

Eastern Style Pizza II, Ltd., et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 23, 2011:

     MINUTE entry before Honorable Charles R. Norgle, Sr: Plaintiffs' Motion to Dismiss Their Complaint with Prejudice [6] is granted. Case dismissed with prejudice. Status hearing set for May 24, 201 is stricken. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.